## Commonwealth ex rel. Rupert, Appellant, *v.* Rupert.

Argued December 7, 1973.  *Gilbert S. Levitt,*

for appellant; *Louis Sager,* with him *Sager and Sager,* for appellee.

Order affirmed.

SPAULDING, J., absent.